# N THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT OF ADMINISTRATIVE :   No.  365 Common Pleas Judicial
JUDGES OF THE TRIAL AND ORPHANS'     :   Classification Docket
COURT DIVISIONS OF THE FIRST JUDICIAL :
DISTRICT OF PENNSYLVANIA            :
                                           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of October, 2020, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, the Honorable Lisette Shirdan-Harris is hereby appointed as Administrative Judge of the Trial Division and the Honorable Sheila Woods-Skipper is hereby appointed as Administrative Judge of the Orphans' Court Division of the First Judicial District of Pennsylvania for a period of three years or at the pleasure of the Court.

      This **ORDER** shall be effective November 2, 2020.